FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 22 PM 1: 18

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| THERESA GOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO.: CV505-075 |

## ORDER

After an independent review of the record, this Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff contends that the Administrative Law Judge (ALJ) improperly discounted the findings of her treating physician. Plaintiff further contends that the ALJ had no evidence to support his determination as to Plaintiff's residual functional capacity. Plaintiff asserts that in light of his discrediting the treating physician's findings, the ALJ should have ordered a consultative physical examination to supplement the record.

This Court concurs with the finding of the Magistrate Judge that the ALJ had good cause to discount the opinion of Plaintiff's treating physician. The ALJ was explicit that he rejected the treating physician's opinion. The ALJ found the opinion to be inconsistent with the objective medical evidence, including specific diagnostic tests and medical diagnoses in the record. This Court further concurs that the ALJ committed no error by failing to order a consultative examination. The ALJ based his disability determination on the numerous

AO 72A
(Rev. 8/82)

medical reports, diagnostic test results, and reports and questionnaires completed by Plaintiff herself. No independent evaluation was deemed necessary by the ALJ because the record itself contained sufficient substantial evidence to support his decision.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 22ND day of January, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)